# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-2844

Office of Lawyers Professional Responsibility

Appellee

v.

Jill Clark

Appellant

------------------------------

Jill Clark, et al.

v.

OLPR, et al.

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:12-cv-01373-JRT)
_____

## MANDATE

In accordance with the judgment of 09/06/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 27, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit